UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>      Plaintiff,<br><br>  vs.<br><br>MERCED COUNTY SHERIFF'S DEPARTMENT,<br><br>      Defendant. | **1:23-cv-00429-GSA-PC**<br><br>**ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE**<br>**(ECF No. 1.)**<br><br>**ORDER FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT ON COURT'S FORM, BEARING HIS SIGNATURE AND NOT EXCEEDING 25 PAGES, BY APRIL 28, 2023**<br><br>**ORDER FOR CLERK TO SEND COMPLAINT FORM TO PLAINTIFF** |

     Kevin Lee McCollum ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 16, 2023, at the United States District Court for the Eastern District of California, Sacramento Division. (ECF No. 1.) On March 22, 2023, the case was transferred to the Fresno Division of the Eastern District of California. (ECF No. 3.)

     Plaintiff's Complaint and its exhibits is 66 pages in length, exceeding the Court's 25-page limit. It is very unclear as to what exactly Plaintiff is alleging and what Plaintiff is requesting this court to do. In its present form, the complaint is largely a rambling series of unelated acts

making it very difficult to understand. Finally, the Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, the Complaint shall be stricken from the record, with leave to file a First Amended Complaint on the Court's form, bearing Plaintiff's signature and not exceeding 25 pages total (including the Complaint and its exhibits), by no later than **April 28, 2023**.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint, filed on March 16, 2023, is STRICKEN[1] from the record for lack of signature;
2. The Clerk's Office shall send Plaintiff a form § 1983 complaint;
3. Plaintiff is required to file a First Amended Complaint filed on the Court's form, bearing Plaintiff's original signature, and not exceeding 25 pages total (including the Complaint and all of its exhibits), **by April 28, 2023**;
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **March 23, 2023**              /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] A document which is "stricken" will not be considered by the Court for any purpose. (ECF No. 4 at 2 ¶A.)