UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>   Plaintiff,<br><br>   vs.<br><br>MERCED COUNTY SHERIFF'S DEPARTMENT,<br><br>   Defendant. | 1:23-cv-00429-GSA-PC<br><br>**ORDER ADDRESSING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br>**(ECF No. 9.)**<br><br>**ORDER GRANTING PLAINTIFF <u>UNTIL MAY 10, 2023</u> IN WHICH TO FILE A FIRST AMENDED COMPLAINT ON COURT'S FORM, BEARING HIS SIGNATURE AND NOT EXCEEDING 25 PAGES**<br><br>**ORDER FOR CLERK TO SEND COMPLAINT FORM TO PLAINTIFF** |

   Kevin Lee McCullom ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 16, 2023, at the United States District Court for the Eastern District of California, Sacramento Division.  (ECF No. 1.)  On March 22, 2023, the case was transferred to the Fresno Division of the Eastern District of California.  (ECF No. 3.)

   On March 23, 2023, Plaintiff's Complaint was stricken from the record for lack of Plaintiff's signature.  (ECF No. 5.)  Plaintiff was ordered to file an amended complaint on the Court's form, bearing his signature, and not exceeding 25 pages, by April 28, 2023.  (ECF No.

5.) On April 5, 2023, Plaintiff filed a motion for leave to file a First Amended Complaint. (ECF No. 9.) Plaintiff's motion for leave to amend the complaint is moot because On March 23, 2023, the Court ordered Plaintiff to file a First Amended Complaint. (ECF No. 5.) Nevertheless, Plaintiff shall be granted an extension of time **until May 10, 2023**, to file the First Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to amend the complaint, filed on April 5, 2023, is resolved;
2. The Clerk's Office shall send Plaintiff a form § 1983 complaint;
3. Plaintiff is granted an extension of time **until May 10, 2023**, in which to file a First Amended Complaint on the Court's form, bearing Plaintiff's original signature, and not exceeding 25 pages total (including the Complaint and all of its exhibits);
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 10, 2023**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE