**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LEE MCCULLOM,<br><br>          Plaintiff,<br><br>     vs.<br><br>MERCED COUNTY SHERIFF'S DEPARTMENT,<br><br>          Defendant. | 1:23-cv-00429-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 12.)<br><br>ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDERS<br><br>(Docs. 4, 10.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

     Kevin Lee McCollum ("Plaintiff") is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On May 30, 2023, findings and recommendations were issued, recommending that this action be dismissed for Plaintiff's failure to comply with the Court's orders issued on March 22, 2023 and April 10, 2023. (Doc. 12.) Plaintiff was granted until June 20, 2023, in which to file objections to the findings and recommendations. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 30, 2023, (Doc. 12), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, for Plaintiff's failure to comply with the Court's orders; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 29, 2023**

UNITED STATES DISTRICT JUDGE